1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN: 181317)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4
   SEYFARTH SHAW LLP
5  Kristine K. Blanco (SBN: 214250)
   400 Capitol Mall Suite 2350
6  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
7  Facsimile: (916) 558-4839

8  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA and STATE FARM INSURANCE
9  COMPANIES LONG TERM DISABILITY INSURANCE PLAN

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12 | VERONICA LAWSON                ) | Case No. 2:05-CV-00072-LKK-GGH
                                    )
13 |        Plaintiff,              ) | **STIPULATION AND ORDER OF**
                                    ) | **DISMISSAL OF ACTION WITH**
14 |     v.                         ) | **PREJUDICE**
                                    )
15 | LIFE INSURANCE COMPANY OF NORTH )
    AMERICA; GROUP LONG TERM        )
16 | DISABILITY INCOME PLAN OF STATE )
    FARM MUTUAL AUTOMOBILE          )
17 | INSURANCE COMPANY               )
                                    )
18 |        Defendants.             )
    _____)

28 Stipulation and [Proposed] Order of Dismissal of Action with Prejudice/Case No. 2:05-CV-00072-
   LKK-GGH
   SF1 28214505.1

1  Plaintiff, VERONICA LAWSON, and Defendants LIFE INSURANCE COMPANY OF
2  NORTH AMERICA ("LINA") and GROUP LONG TERM DISABILITY INCOME PLAN OF
3  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY have reached a
4  resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice,
5  pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

6  The parties seek the Court's approval of dismissal of this action with prejudice through
7  the order listed *infra*.

8  DATED: July ____, 2005          SHERNOFF BIDART & DARRAS

10                                  By /signature on original
                                        Frank N. Darras, Esq.
11                                      Michael Horrow, Esq.
                                    Attorneys for Plaintiff
12                                  VERONICA LAWSON

13 DATED: July ____, 2005          SEYFARTH SHAW LLP

15                                  By /signature on original
                                        Carolyn A. Knox
16                                      Kristine K. Blanco
                                    Attorneys for Defendants
17                                  LIFE INSURANCE COMPANY OF
                                    NORTH AMERICA AND GROUP LONG
18                                  TERM DISABILITY INCOME PLAN OF
                                    STATE FARM MUTUAL AUTOMOBILE
19                                  INSURANCE COMPANY

20 **IT IS SO ORDERED:**

21    Dated:  July 21, 2005         /s/Lawrence K. Karlton
22                                  HON. LAWRENCE K. KARLTON
                                    UNITED STATES DISTRICT COURT JUDGE

-2-
28 Stipulation and [Proposed] Order of Dismissal of Action with Prejudice/Case No. 2:05-CV-00072-LKK-GGH
SF1 28214505.1